## AGILE SPECIALTY TRANSPORTATION, LLC, Appellant,

v.

## DIVISION OF EMPLOYMENT SECURITY, Respondent.

### WD 77816

Missouri Court of Appeals,
Western District.

ORDER FILED: January 27, 2015

Richard J. Magee, St. Louis, MO, Attorney for Appellant,

Bart A. Matanic, Jefferson City, MO, Attorney for Respondent.

Before Division Two: Anthony Rex Gabbert, Presiding Judge, and Joseph M. Ellis and Karen King Mitchell, Judges

## Order

Per Curiam:

Appellant Agile Specialty Transportation appeals the decision of the Labor and Industrial Relations Commission, dismissing Agile's appeal for failure to attend the scheduled hearing without good cause. Finding no error, we affirm. Rule 84.16(b).